*Check No. 1017*
*Receipt No. 82122*

## Unclaimed Funds

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 17 | CAPITAL ONE BANK USA, N.A. | $ 865.15 | $ 0.00 | $ 6.99 |
| 18 | Ohio Department of Taxation | $ 281.07 | $ 0.00 | $ 2.27 ★ |
| 19 | Ohio Department of Taxation | $ 1,918.80 | $ 0.00 | $ 15.50 |
| 20 | Ohio Department of Taxation | $ 550.38 | $ 0.00 | $ 4.44 ★ |

Total to be paid to timely general unsecured creditors $ 1,444.12

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 1,265.03 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 18 | Ohio Department of Taxation | $ 142.14 | $ 0.00 | $ 0.00 |
| 19 | Ohio Department of Taxation | $ 500.00 | $ 0.00 | $ 0.00 |
| 20 | Ohio Department of Taxation | $ 622.89 | $ 0.00 | $ 0.00 |

Total to be paid to subordinated unsecured creditors $ 0.00

Remaining Balance $ 0.00

FILED FEB -8 PM 3:42 U.S. BANKRUPTCY COURT, NORTHERN DISTRICT OF OHIO, AKRON

UST Form 101-7-NFR (10/1/2010) (Page: 4)

09-54367-mss    Doc 57-1    FILED 01/05/11    ENTERED 01/05/11 14:56:52    Page 4 of 5
09-54367-mss    Doc 63    FILED 02/08/11    ENTERED 02/08/11 16:01:45    Page 1 of 1